**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GER HER, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 1:25-cv-01236-EPG <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due currently November 21, 2025. Defendant has not previously requested an extension of this deadline.

2. At the end of the day on September 30, 2025, the appropriations that were funding the Department of Justice expired and appropriations to the Department lapsed. The same was true for most Executive agencies, including federal defendant Social Security Administration (SSA). Funding was restored by Congress on November 12, 2025.

3. Although the undersigned counsel and all staff are back working on Social Security cases as of November 13, 2025, the undesigned counsel has many remaining backlogs regarding obtaining,

1 reviewing and filing eCARs and other pressing deadlines resulting from the lapse in funding. We are
2 currently working with our previously furloughed staff in order to work through the backlog.
3 Given this situation Defendant requests an extension of 61 days to respond to Plaintiff's Complaint.
4 Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no
5 objections.

6     4. This request is made in good faith and is not intended to delay the proceedings in this matter.
7     WHEREFORE, Defendant requests until January 21, 2026, respond to Plaintiff's Complaint.

Respectfully submitted,

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1

Date: November 20, 2025     By:     *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ de LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Pena and Bromberg, PC
Date: November 20, 2025     By:     *s/ Jonathan Omar Pena*
Jonathan Omar Pena
Attorney for Plaintiff
(*as authorized by email)

**ORDER**

Based on the parties' stipulation for a briefing extension, IT IS ORDERED that Defendant shall be granted an extension of time of sixty-one (61) days to file Defendant's response to Plaintiff's Complaint. Defendant's response shall be filed on or before **January 21, 2026,** and all deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **November 21, 2025**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE