# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GER HER,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

 

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. 1:25-cv-01236-EPG

ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT

On June 24, 2026, the parties filed a stipulation to voluntarily remand this action pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 19). The stipulation provides as follows

> IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

> On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

> The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

(*Id.*)

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social

1

Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**IT IS SO ORDERED.**

**DATED:    June 24, 2026**          /s/ *Eric P. Grosj*

                                     **UNITED STATES MAGISTRATE JUDGE**